**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>MDDAMDChambers@mdd.uscourts.gov |

August 27, 2008

MEMORANDUM TO COUNSEL RE:   USA v. Lawrence Hill
　　　　　　　　　　　　　　　　　Case No.:  AMD 07-0229

    This notice is to confirm that a sentencing has been scheduled in the above-titled case for Thursday, September 4, 2008 at 12:00 p.m.  Please mark your calendars accordingly.

    Very truly yours,

    /s/

    Andre M. Davis
    United States District Judge

AMD/vcl